UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anytime Fitness, LLC,
*a Minnesota limited liability compnay*

        Plaintiff,

v.                                 **ORDER**
                                   12-cv-2779  (MJD/AJB)

Nevada Fitness Holdings, LLC, et al.
*a Nevada limited liability company*

        Defendants.

.

    Plaintiff filed a voluntary dismissal in this case [Doc. #8] with the Court on December 31, 2012 pursuant to 41(a)(1)(A)(i).  Defendant has not answered or moved for Summary Judgment.

    IT IS HEREBY ORDERED THAT:

    1.    The stipulation for dismissal  is **GRANTED** without prejudice.

Dated: December 31, 2012                  s/Michael J. Davis
                                                          MICHAEL J. DAVIS
                                                          Chief Judge
                                                           United States District Court